UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JACKSON,<br>        Plaintiff,<br>v.<br>PHILLIPS 66 COMPANY, et al.,<br>        Defendants. | Case No. 23-cv-02825-RFL<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT RESSLER HAS NOT APPEARED THROUGH COUNSEL OR FILED A STATUS REPORT**<br><br>Re: Dkt. No. 42 |

      On March 28, 2024, the Court conditionally granted Attorney Gabriel's Motion to Withdraw as Counsel for Defendant Alan Ressler. (Dkt. No. 42.) The Court ordered Attorney Gabriel to send Ressler a copy of its Order, which Attorney Gabriel sent via electronic transmission and priority mail that same day. (Dkt. No. 43.) The Court also ordered Ressler to file either (a) a notice of appearance through counsel, or (b) a written status report stating his intention to proceed in this case without an attorney by April 29, 2024.

      As of this Order, Ressler has not appeared through counsel or filed a written status report. Accordingly, Ressler is ordered to show cause, in writing, by **May 20, 2024**, why he has not appeared through counsel or filed a status report stating his intent to proceed without an attorney. Alternately, Ressler may file his appearance or status report by that date. Failure to comply with this Order may result in sanctions.

      If Ressler decides to proceed without an attorney, certain resources are available to him as an unrepresented litigant. First, the District Court's website includes information about how to represent yourself. *See* https://cand.uscourts.gov/pro-se-litigants/. The website also includes a link to the District Court's handbook, "Representing Yourself in Federal Court," which provides

instructions on how to proceed at every stage of the case, including discovery, motions, and trial. Second, Ressler may wish to seek assistance from the Legal Help Center, a free service provided by the Bar Association of San Francisco, by calling (415) 782-8982 or emailing fedpro@sfbar.org.  At the Legal Help Center, Reeder may speak with an attorney who may be able to provide free basic legal help but not representation.

If Ressler has questions about responding to this Order to Show Cause, he should contact the Legal Help Center at the above number.

**IT IS SO ORDERED.**

Dated: May 7, 2024

RITA F. LIN
United States District Judge